Fer Curiam,
 

 after stating the question. — No rule is better established as to personal estate, though it is otherwise as to real, than that a residuary clause carries not only every thing Dot disposed of, but eyery thing that in,
 
 *216
 
 the event tarns out not to be disposed of, as by lapse and the other means specified in the cases. (1
 
 Ves. Jun.
 
 109, 110.
 
 Ambler
 
 138. 8
 
 Ves. Jun.
 
 25. 4
 
 Ibid 732. 15 Ibid
 
 509.) The law raises a presumption in favour of the residuary legatee against every one except the particular legatee. The testator is supposed to deprive the residuary legatee only for the sake of the particular; and the bounty to him being prevented by death, .the residuary legatee is preferred to the next of kin,